IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF TONY ROBINSON, JR., *ex rel.*
PERSONAL REPRESENTATIVE ANDREA IRWIN,

          Plaintiff,

   v.                                             ORDER

THE CITY OF MADISON, WISCONSIN,                   15-cv-502-jdp
MATTHEW KENNY, and
WISCONSIN DEPARTMENT OF JUSTICE,

          Defendants.

---

On September 26, 2016, plaintiff and defendants the City of Madison, Wisconsin and Matthew Kenny filed a joint motion to reset the schedule for this case. Dkt. 68. The parties have realized that the numerous extensions that they have asked for with respect to their expert disclosure deadlines have affected their ability to adequately brief summary judgment and *Daubert* motions within the existing schedule.

The court will not adopt the parties' proposed schedule: it does not leave enough time for the court to decide all dispositive issues before trial. No scheduling conference will solve this problem. The court will modify the schedule to allow as much time as possible while giving the court adequate time to decide the motions before trial. The revised schedule:

> Plaintiff's responses to defendants' *Daubert* motions are due **October 31, 2016**.
>
> Plaintiff's responses to defendants' motions for summary judgment are due **October 31, 2016.**
>
> Plaintiff's *Daubert* motions are due **October 31, 2016**.
>
> Defendants' replies in support of summary judgment are due **November 14, 2016**.

Defendants' replies in support of their *Daubert* motions are due **November 14, 2016.**

Defendants' responses to plaintiff's *Daubert* motions are due **November 14, 2016.**

Plaintiff's replies in support of their *Daubert* motions are due **November 21, 2016.**

All other deadlines remain firmly in place. The trial date will not move unless there are truly extraordinary circumstances.

Entered September 28, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge