IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF TONY ROBINSON, JR., *ex rel.*
PERSONAL REPRESENTATIVE ANDREA IRWIN,

           Plaintiff,

  v.

THE CITY OF MADISON, WISCONSIN, and
MATTHEW KENNY,

           Defendants.

ORDER

15-cv-502-jdp

---

The court has reviewed the parties' pretrial submissions and compiled the attached drafts of the voir dire questions, introductory jury instructions, and special verdict forms. The court will revise the drafts in light of discussions at the final pretrial conference.

Also at the final pretrial conference, the court will provide its preliminary rulings on the parties' motions in limine. The court will issue a final pretrial conference order after hearing from the parties.

The court expects that its rulings on the *Daubert* motions and the motions in limine will resolve most objections to the parties' witness and exhibit lists. The court anticipates that it will referee any remaining disputes later next week.

The court will also take up the trial schedule and format and other trial management issues, including any raised by the parties.

Entered February 16, 2017.

                          BY THE COURT:

                          /s/
                          _____
                          JAMES D. PETERSON
                          District Judge