UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF TONY ROBINSON, JR.,
ex. rel. Personal Representative ANDREA IRWIN,

      Plaintiff,

v.

MADISON POLICE OFFICER MATTHEW KENNY,

      Defendant.

Case No: 15-cv-502-jdp

---

### MATTHEW KENNY'S NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that the Defendant, Matthew Kenny, by his attorneys, CRIVELLO CARLSON, S.C., hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order by the Honorable James D. Peterson entered on February 13, 2017 (Docket No. 236), which denied qualified immunity and summary judgment in favor of Matthew Kenny.

Dated this 15th day of February, 2017.

By: s/ Samuel C. Hall, Jr.
SAMUEL C. HALL, JR.
State Bar No. 1045476
TIMOTHY M. JOHNSON
State Bar No. 1052888
Attorneys for Madison Police Officer
Matthew Kenny
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellocarlson.com
        tjohnson@crivellocarlson.com