# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 2, 2017

*By the Court:*

| No. 17-1342 | ESTATE OF TONY ROBINSON, JR., ex rel., personal representative ANDREA IRWIN, Plaintiff - Appellee  v.  MATTHEW KENNY, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00502-jdp  Western District of Wisconsin  District Judge James D. Peterson ||

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on March 2, 2017, by counsel for Appellant,

**IT IS ORDERED** that this case is **DISMISSED,** pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit